UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

MORRIS A JOSEPH JR

CHAPTER 13
Case No. 04-55506-TJT
Judge THOMAS J. TUCKER

**CERTIFICATE OF SERVICE OF CHAPTER 13 TRUSTEE'S
FINAL REPORT AND ACCOUNT AND SUMMARY OF TRUSTEE'S FINAL REPORT**

I hereby certify that on September 22, 2010, I electronically filed the Chapter 13 Standing Trustee's Final

Report and Account with the Clerk of the Court using the ECF system .

The following parties were served electronically:

Sophie Modelski
8326 E Twelve Mile Rd
Warren, MI  48093

I also hereby certify that on 9/22/2010, I served the following parties a copy of the Chapter 13 Trustee's Final Report and Account via First Class Mail at the addresses below with the lawful amount of postage affixed thereto:

MORRIS A JOSEPH JR
25563 SANTOSE CIR
HARRISON TWP, MI  48045

I further hereby certify that on 9/22/2010, I served the attached list with a Summary of Final Report via

First Class Mail by causing the same to be deposited in a United States Postal Box with the lawful amount

of postage affixed thereto:

/S/ ALANA BARNES

For Tammy L. Terry Trustee
Office of the Chapter 13 Standing Trustee-Detroit
535 GRISWOLD
SUITE 2100
DETROIT, MI  48226
(313)967-9857
mieb_ecfadmin@det13.net

MORRIS A JOSEPH JR
25563 SANTOSE CIR
HARRISON TWP, MI  48045

AMERICA ON LINE
CARDMEMBER SERVICES
PO BOX 8650
WILMINGTON, DE 19899

B FIRST LLC
MAIL STOP 550
2101 FOURTH AVE SUITE 900
SEATTLE, WA 98121

B-FIRST, L.L.C.
MAIL STOP 550
2101 FOURTH AVENUE, SUITE 900
SEATTLE, WA 98121

BANK ONE DELAWARE
C/O WEINSTEIN,TREIGER & RILEY
2101 4TH AVENUE
SUITE 900
SEATTLE, WA 98121

BUTLER & BUTLER
24525 HARPER AVE STE TWO
SAINT CLAIR SHORES, MI 48080

BUTLER BUTLER & ROWSE-OBERLE
24525 HARPER AVE SUITE TWO
ST CLAIR SHORES, MI 48080

CCO MORTGAGE (A DIVISION OF RBS
CITIZENS, N.A.)
10561 TELEGRAPH ROAD
GLEN ALLEN, VA 23059

CCO MORTGAGE CORP
10561 TELEGRAPH ROAD
GLEN ALLEN, VA 23059

CCO MORTGAGE CORP.
PO BOX 6260
GLEN ALLEN, VA 23058

CHRISTIAN FINANCIAL CREDIT UNION
18441 UTICA ROAD
ROSEVILLE, MI 48066

CHRISTIAN FINANCIAL CREDIT UNION
C/O JJ MARSHALL & ASSOCIATES INC.
P.O. BOX 182190
SHELBY TOWNSHIP, MI 48318

CHRISTIAN FINANCIAL CU
18441 UTICA ROAD
ROSEVILLE, MI 48066

CHRISTIAN FINANCIAL CU
18441 UTICA RD
ROSEVILLE, MI 48066

CHRTER ONE MORTGAE
10561 TELEGRAPH ROAD
GLEN ALLEN, VA 23059

CITIBANK
PO BOX 6000
THE LAKES, NV 89163

CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

COMERICA BANK
BANKCARD SERVICES
PO BOX 15026
WILMINGTON, DE 19850

ECAST SETTLEMENT CORP
P O BOX 35480
NEWARK, NJ 07193-5480

ECAST SETTLEMENT CORP.
C/O BASS & ASSOCIATES
3936 E. FT. LOWELL RD.
SUITE 200
TUCSON, AZ 85712

ECAST SETTLEMENT CORPORATION
% BASS & ASSOCIATES P.C
3936 E. FT LOWELL RD STE 200
TUCSON, AZ 85712

ECAST SETTLEMENT CORPORATION
PO BOX 7247-6971
PHILADELPHIA, PA 19170

ECAST SETTLEMENT CORPORATION
P.O. BOX 35480
NEWARK, NJ 07193-5480

HOUSEHOLD BANK (SB) NA
P O BOX 98724
LAS VEGAS, NV 89193

HOUSEHOLD RECEIVABLE
HOUSEHOLD BANK
PO BOX 98724
LAS VEGAS, NV 89193

JJ MARSHALL & ASSOC
P O BOX 182190
SHELBY TWP, MI 48318

KAREN ROWSE-OBERLE
24525 HARPER AVE
SUITE TWO
ST. CLAIR SHORES, MI 48080

MARY K JOSEPH
540 NW 90TH AVE
OCALA, FL 34482

MBNA AMERICA BANK
ECAST SETTLEMENT CORP.
PO BOX 35480
NEWARK, NJ 07193-5480

MORRIS A. JOSEPH JR.
25563 SANTOSE CIRCLE
HARRISON TOWNSHIP, MI 48045

RESURGENT CAPITAL SERVICES
P O BOX 10587
GREENVILLE, SC 29603-0587

RESURGENT CAPITAL SERVICES
P.O. BOX 10587
GREENVILLE, SC 29603-0587

RETAIL SERVICE
PO BOX 703
WOOD DALE, IL 60191

ROUNDUP FUNDING, LLC
MS 550
PO BOX 91121
SEATTLE, WA 98111

ROUNDUP FUNDING, LLC
MS 550
PO BOX 91121
SEATTLE, WA 98111-9221

SOPHIE MODELSKI
8326 E. TWELVE MILE RD.
WARREN, MI 48093

TAMMY L. TERRY
BUHL BUILDING
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

UNITED STATES TRUSTEE
211 W FORT ST
SUITE 700
DETROIT, MI 48226